UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21cr1111- H |
|---|---|
| Plaintiff, | AMENDED FINAL ORDER OF CRIMINAL FORFEITURE |
| v. | |
| DANG VAN NGUYEN (4), | |
| Defendant. | |

On October 27, 2022, this Court entered its Final Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title, and interest of DANG VAN NGUYEN ("Defendant") in all properties seized in connection with this case, including but not limited to the following specific properties pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 1955(d), Title 21, United States Code, Section 853(a), and Title 28, United States Code, Section 2461(c):

    a.    One (1) gambling machine labeled #5

    b.    One (1) gambling machine labeled #7

    c.    One (1) stand-up gambling machine numbered 9

    d.    $680.00 in United States Currency

    e.    Twenty-four (24) electronic gambling machines

    f.    $1,399.00 in United States Currency

    g.    Twenty-one (21) electronic gambling machines

h.     $20,817.00 in United States Currency

i.     $1,066.00 in United States Currency

j.     $1,165.00 in United States Currency

k.     $53,265.00 in United States Currency

l.     $8,011.00 in United States Currency

m.     One (1) Glock model 22 .40 cal semi-auto pistol, SN: EGC253US

n.     Two (2) SS80 pistol lower receivers

o.     Ten (10) round Glock magazine with ten (10) rounds .40 cal ammunition

p.     Four (4) rounds of ammunition (3 x 9mm and 1 x .40 cal)

q.     Fourteen (14) rounds of .40 caliber ammunition

r.     One (1) gold covered ring

s.     Twenty-six (26) electronic gambling machines

t.     $317.00 in United States Currency

v.     $2,382.00 in United States Currency

x.     Nineteen (19) electronic gambling machines

y.     $511.00 in United States Currency

z.     Thirty (30) 9 mm bullets

aa.    Fourteen (14) electronic gambling machines

bb.    $746.00 in United States Currency

cc.    Fourteen (14) rounds of 9mm ammunition

dd.    One (1) Star Eibar modem 30m Starfire 9mm semi-auto pistol, SN: 1719363

ee.    Twenty-four (24) electronic gambling machines

ff.    $1,937.00 in United States Currency

gg.    Eighteen (18) electronic gambling machines.

For thirty (30) consecutive days ending on November 13, 2022, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the specific properties in

such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the specific properties.

On June 5, 2024, the United States sent Notices of Forfeiture by Federal Express mail to the potential third party as follows:

| Name and Address | Article No. | Result |
| --- | --- | --- |
| Tien Hong Hong Le<br>c/o Robert E Boyce<br>Boyce and Schaefer<br>934 23rd Street<br>San Diego, CA 92102 | 776713850043 | Marked as delivered on 6/6/24. |
| Leetri Dang<br>c/o Brian J. White<br>Law Offices of Brian J. White<br>4320 Iowa Street<br>San Diego, CA 92104 | 776714078945 | Marked as delivered on 6/10/24. |
| Dong Van Nguyen<br>c/o Nicholas DePento<br>Law Offices of Nicholas DePento<br>501 West Broadway, Suite A-410<br>San Diego, CA 92101 | 776713937965 | Marked as delivered on 6/6/24 |
| Kiara Porsha Easley<br>c/o Jason T. Conforti<br>Law Offices of Jason T. Conforti<br>550 West C Street, Suite 620<br>San Diego, CA 92101 | 776714115347 | Marked as delivered on 6/6/24 |
| Michelle Salvadore Edwards<br>c/o Daniel W. Cohen<br>Law Offices of Cohen & Cohen<br>9001 Grossmont Boulevard, Suite 716<br>La Mesa, CA 91941 | 776713988164 | Marked as delivered on 6/6/24 |
| To Van Lai<br>c/o Gary Paul Burcham<br>Burcham and Zugman<br>402 Broadway, Suite 1130 | 776714150842 | Marked as delivered on 6/6/24 |

San Diego, CA 92101

| | | |
|---|---|---|
| Khang Dinh Nguyen<br>c/o Juan Martin Cabrales<br>Federal Defenders of San Diego, Inc.<br>225 Broadway<br>San Diego, CA 92101 | 776715893347 | Marked as delivered on 6/6/24 |
| Cu Van Huynh<br>c/o Michael Littman<br>Law Offices of Michael Littman<br>105 W F Street, 4th Floor<br>San Diego, CA 92101 | 776714188342 | Marked as delivered on 6/6/24 |
| Daphne Nicole Rivera<br>c/o Carlos Cristobal Ruan<br>Law Offices of Carlos C. Ruan<br>721 Third Avenue<br>Chula Vista, CA 91910 | 776715742700 | Marked as delivered on 6/7/24 |
| William Vanna Bounsavath<br>c/o Knut S Johnson<br>Singleton Schreiber<br>591 Camino da la Reina, Suite 1025<br>San Diego, CA 92101 | 776715516237 | Marked as delivered on 6/7/24 |
| Socorro Alma Silva<br>c/o Melisa Lubin<br>Law Offices of Melissa S. Lubin<br>121 Broadway, Suite 374<br>San Diego, CA 92101 | 776715575935 | Marked as delivered on 6/10/24 |
| Tony Nguyen<br>c/o Roseline Dergregorian Feral<br>Law Offices of Roseline D. Feral<br>5025 February Street<br>San Diego, CA 92110 | 776715614785 | Marked as delivered on 6/6/24 |

Thirty (30) days have passed following the final date of notice by publication and notice by Federal Express mail and no third party has made a claim to or declared any interest in the forfeited specific properties described above.

- 4 -                                       21cr1111

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title, and interest of DANG VAN NGUYEN and any and all third parties in the following specific properties are hereby condemned, forfeited, and vested in the United States of America pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 1955(d), Title 21, United States Code, Section 853(a),  and Title 28, United States Code, Section 2461(c):

a. One (1) gambling machine labeled #5

b. One (1) gambling machine labeled #7

c. One (1) stand-up gambling machine numbered 9

d. $680.00 in United States Currency

e. Twenty-four (24) electronic gambling machines

f. $1,399.00 in United States Currency

g. Twenty-one (21) electronic gambling machines

h. $20,817.00 in United States Currency

i. $1,066.00 in United States Currency

j. $1,165.00 in United States Currency

k. $53,265.00 in United States Currency

l. $8,011.00 in United States Currency

m. One (1) Glock model 22 .40 cal semi-auto pistol, SN: EGC253US

n. Two (2) SS80 pistol lower receivers

o. Ten (10) round Glock magazine with ten (10) rounds .40 cal ammunition

p. Four (4) rounds of ammunition (3 x 9mm and 1 x .40 cal)

q. Fourteen (14) rounds of .40 caliber ammunition

r. One (1) gold covered ring

s. Twenty-six (26) electronic gambling machines

t. $317.00 in United States Currency

v. $2,382.00 in United States Currency

x.   Nineteen (19) electronic gambling machines

y.   $511.00 in United States Currency

z.   Thirty (30) 9 mm bullets

aa.   Fourteen (14) electronic gambling machines

bb.   $746.00 in United States Currency

cc.   Fourteen (14) rounds of 9mm ammunition

dd.   One (1) Star Eibar modem 30m Starfire 9mm semi-auto pistol, SN: 1719363

ee.   Twenty-four (24) electronic gambling machines

ff.   $1,937.00 in United States Currency

gg.   Eighteen (18) electronic gambling machines.

IT IS FURTHER ORDERED that any and all interest in Tien Hong Hong Le, Leetri Dang, Dong Van Nguyen, Kiara Porsha Easley, Michelle Salvadore Edwards, To Van Lai, Khang Dinh Nguyen, Cu Van Huynh, Daphne Nicole Rivera, William Vanna Bounsavath, Socorro Alma Silva, and Tony Nguyenbe specifically terminated and forfeited to the United States as to the above referenced properties.

IT IS FURTHER ORDERED that the costs incurred by the Federal Bureau of Investigation, United Marshals Service, and any other governmental agencies which were incident to the seizure, custody and storage of the properties be the first charged against the forfeited property.

//
//
//
//
//
//
//
//

- 6 -                                    21cr1111

IT IS FURTHER ORDERED that this Court order the Federal Bureau of Investigation and United States Marshal Service shall dispose of the specific properties described above according to law.

DATED: 7/18/2024

_____
Honorable Marilyn L. Huff
United States District Court Judge